## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 608 EAL 2018

Respondent

v.

TYREE J. BROWN,

Petitioner

: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of June, 2019, the Petition for Allowance of Appeal and the Application for Stay and Abeyance are **DENIED**.

Justice Wecht did not participate in the consideration or decision of this matter.